UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Loren Maruna,                                              Civil No. 11-3325 (JNE/FLN)

          Plaintiff,

v.                                                         **ORDER OF DISMISSAL**

Premier Recovery Group, Inc.,

          Defendant.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement, or to seek enforcement of the settlement terms.

DATED: May 16, 2012

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN,  Judge
                                                    United States District Court